UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PAUL KEVIN MALZONE § Case No. 09-30716
DEBRA MARIE MALZONE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Gregg Szilagyi_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CCO Mortgage Corp. Attn: Bankruptcy Dept. 2812 Emerywood P |  |  |  |  |  |
| 2 | CCO Mortgage Corp. Attn: Bankruptcy Dept. 2812 Emerywood P |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Citimortgage INC Attn: Bankruptcy Dept. Po Box 9438 Gaithe | | | | | |
| | 4 First American Bank Attn: Bankruptcy Dept. PO Box 0794 Elk | | | | | |
| | 5 Harris N A Attn: Bankruptcy Dept. Po Box 94034 Palatine IL | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allison Malzone Attn: Bankruptcy Dept. 14044 Cheswick Dr. Or | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Antonietti & Associates Attn: Bankruptcy Dept. 1461 Ring R | | | | | |
| 10 | Environmental & Resp Med Attn: Bankruptcy Dept. 10660 W 1 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 Equifax Attn: Bankruptcy Dept. P.O. Box 740241 Atlanta GA | | | | | |
| | 12 Experian Attn: Bankruptcy Dept. P.O. Box 2002 Allen TX 75 | | | | | |
| | 13 Fifth Third BANK Attn: Bankruptcy Dept. 5050 Kingsley Dr | | | | | |
| | 14 MiraMed Revenue Group Bankruptcy Department Dept. 77304, | | | | | |
| | 15 THD/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls S | | | | | |
| | 16 TransUnion Attn: Bankruptcy Dept. P.O. Box 1000 Chester P | | | | | |
| | 2 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmingto | | | | | |
| | 3 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond V | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westervil | | | | | |
| | 5 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 571 | | | | | |
| | 6 CITI FLEX Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls S | | | | | |
| | 7 Comcast Bankruptcy Department 11621 E. Marginal Way 5 Tukw | | | | | |
| | 8 Commerce BK Attn: Bankruptcy Dept. 911 Main St Kansas City | | | | | |
| | 9 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 | | | | | |
| 5 | Chase Bank USA, N.A. | | | | | |
| 4 | Commerce Bank | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 7 | Fia Card Services, NA/Bank of America | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | GE Money Bank dba CARECREDIT/GEMB | | | | | |
| 3 | PYOD LLC its successors and assigns as assignee of | | | | | |
| 2 | PYOD LLC its successors and assigns as assignee of | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 09-30716 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | PAUL KEVIN MALZONE | | | | | Date Filed (f) or Converted (c): | 08/20/09 (f) |
| | DEBRA MARIE MALZONE | | | | | 341(a) Meeting Date: | 10/05/09 |
| For Period Ending: 03/26/12 | | | | | | Claims Bar Date: | 05/03/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5758 S Kostner, Chicago, IL 60629 - Debtor's primary residen | 300,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | 14045 Oak Ridge Dr. Homer Glen, IL 60491 - (Joint Debtors pr | 300,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | checking account with Harris Bank | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | checking account with Marquette Bank | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | checking account with National Savings--used for security de | 1,800.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Household goods; TV, VCR, stereo, sofa, vacuum, table, chair | 4,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Books, Compact Discs, Tapes/Records, Family Pictures | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Earrings, watch, costume jewelry, wedding rings | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Whole Life Insurance- beneficiaries are Debtor's wife and ch | 3,900.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Pension w/ Employer/Former Employer - 100% Exempt. | 70,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | Harris N A - 2003 Chevrolet Silverado | 8,625.00 | 360.00 | DA | 0.00 | 360.00 |
| 14 | 2003 Chrysler Town and Country | 3,075.00 | 0.00 | DA | 0.00 | 0.00 |
| 15 | 1997 Acura RL with over 192,000 miles | 1,950.00 | 0.00 | DA | 0.00 | 0.00 |
| 16 | 2003 Harley-Davison Road King Classic | 11,220.00 | 11,220.00 | | 7,500.00 | FA |
| 17 | Family Pets/Animals. | 0.00 | Unknown | DA | 0.00 | Unknown |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.35 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $706,120.00 | $11,580.00 | | $7,502.35 | $360.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 09-30716　　JPC | Judge: Jacqueline P. Cox | Trustee Name: | Gregg Szilagyi |
| Case Name: | PAUL KEVIN MALZONE | | Date Filed (f) or Converted (c): | 08/20/09 (f) |
| | DEBRA MARIE MALZONE | | 341(a) Meeting Date: | 10/05/09 |
| For Period Ending: 03/26/12 | | | Claims Bar Date: | 05/03/10 |

Initial Projected Date of Final Report (TFR): 12/31/10　　Current Projected Date of Final Report (TFR): / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-30716 | Trustee Name: Gregg Szilagyi |
| Case Name: PAUL KEVIN MALZONE | Bank Name: Bank of America |
| DEBRA MARIE MALZONE | Account Number/CD#: XXXXXX2008 - MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX9986 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/26/12 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/10 | 16 | MALZONE, PAUL KEVIN<br>14045 OAK RIDGE DRIVE<br>HOMER GLEN, IL 60491 | sale of motorcycle proceeds | 1129-000 | 7,500.00 | | 7,500.00 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.10 | | 7,500.10 |
| 04/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,500.28 |
| 05/28/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,500.46 |
| 06/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,500.65 |
| 07/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,500.83 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,501.03 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,501.21 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,501.40 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,501.59 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,501.78 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,501.97 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,502.03 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,502.09 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,502.15 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,502.22 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,502.28 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,502.34 |
| 08/04/11 | INT | Bank of America | Interest | 1270-000 | 0.01 | | 7,502.35 |
| 08/04/11 | | Transfer to Acct#XXXXXX9350 | Transfer of Funds | 9999-000 | | 7,502.35 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,502.35 | 7,502.35 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,502.35 | |
| Subtotal | 7,502.35 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 7,502.35 | 0.00 | |
| | | | |
| Page Subtotals | 7,502.35 | 7,502.35 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 09-30716
Case Name: PAUL KEVIN MALZONE
  DEBRA MARIE MALZONE
Taxpayer ID No: XX-XXX9986
For Period Ending: 03/26/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9350 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/04/11 | | Transfer from Acct#XXXXXX2008 | Transfer of Funds | 9999-000 | 7,502.35 | | 7,502.35 |
| 08/04/11 | 001001 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 1,500.24 | 6,002.11 |
| 08/04/11 | 001002 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | (Final distribution to Claim 1, representing a Payment of 4.69% per court order.) | 7100-000 | | 547.75 | 5,454.36 |
| 08/04/11 | 001003 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | (Final distribution to Claim 2, representing a Payment of 4.69% per court order.) | 7100-000 | | 2,441.44 | 3,012.92 |
| 08/04/11 | 001004 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | (Final distribution to Claim 3, representing a Payment of 4.69% per court order.) | 7100-000 | | 45.59 | 2,967.33 |
| 08/04/11 | 001005 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | (Final distribution to Claim 4, representing a Payment of 4.69% per court order.) | 7100-000 | | 878.43 | 2,088.90 |
| 08/04/11 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 5, representing a Payment of 4.69% per court order.) | 7100-000 | | 1,101.68 | 987.22 |
| | | | Page Subtotals | | 7,502.35 | 6,515.13 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-30716
Case Name: PAUL KEVIN MALZONE
DEBRA MARIE MALZONE
Taxpayer ID No: XX-XXX9986
For Period Ending: 03/26/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9350 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/04/11 | 001007 | GE Money Bank dba CARECREDIT/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | (Final distribution to Claim 6, representing a Payment of 4.69% per court order.) | 7100-000 | | 7.41 | 979.81 |
| 08/04/11 | 001008 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | (Final distribution to Claim 7, representing a Payment of 4.69% per court order.) | 7100-000 | | 979.81 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,502.35 | 7,502.35 | 0.00 |
| Less: Bank Transfers/CD's | 7,502.35 | 0.00 | |
| Subtotal | 0.00 | 7,502.35 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 7,502.35 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | | | |
| MONEY MARKET ACCOUNT - XXXXXX2008 | 7,502.35 | 0.00 | 0.00 |
| CHECKING ACCOUNT - XXXXXX9350 | 0.00 | 7,502.35 | 0.00 |
|  | 7,502.35 | 7,502.35 | 0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 7,502.35
Total Gross Receipts: 7,502.35

Page Subtotals       0.00       987.22